# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:08CV-P182-H

**JA-RON TEAGUE**                                                                                                 **PLAINTIFF**

**v.**

**DOCTOR LIGHT**                                                                                                    **DEFENDANT**

## OPINION AND ORDER

On or about March 31, 2008, unrepresented by counsel, Plaintiff filed a handwritten one page complaint/letter with the Court explaining that Defendants Drs. Light and Zellar were denying him mental health medications thereby seriously endangering his well-being. By Order entered August 18, 2008, the Court ordered Plaintiff to re-file his complaint on the Court approved form and to tender summonses for each named Defendant. In response, Plaintiff filled out the form listing Defendants as parties. In the statement-of-claim section of the complaint, however, Plaintiff did not describe Defendants' actions. Accordingly, on September 5, 2008, the Court entered an Order directing Plaintiff to file an amended complaint or face dismissal. On September 11, 2008, the copy of the Order sent to Plaintiff was returned unopened by the United States Postal Service. The enveloped was marked, "Return to Sender-Inmate Not In Custody" (DN 17). As a result, Plaintiff's claim was dismissed by Order entered September 25, 2008 (DN 19). On November 13, 2008, Plaintiff filed a motion to reopen this case asserting that he provided prison officials with a notice of change of address to be mailed to the Court, and that he has no intention of abandoning this action.

For whatever reason, the Court did not receive the notice of change of address. However, given Plaintiff's timely action in seeking to reopen this action and his assertion that he attempted

to notify the Court of his change of address, Plaintiff's motion to reopen (DN 24) is **GRANTED**. **The Clerk of Court is DIRECTED to reopen this action and to restore it to the Court's active docket.**

Plaintiff, however, remains noncompliant with the Court's previous Order directing him to amend his complaint by fully completing the pre-approved Court form. Accordingly, Plaintiff is **ORDERED** to file a **fully completed amended complaint with the Court within 20 days of the entry of this Order**. **Plaintiff is WARNED that his failure to fully comply will RESULT IN DISMISSAL OF THIS ACTION.** The **Clerk of Court is DIRECTED** to affix the instant case number on a § 1983 form, write "Second Amendment" in the caption, and send it to Plaintiff.

The Court will not address the plethora of Plaintiff's remaining pending motions until Plaintiff complies with this Order because in the absence of a clear and concise complaint setting forth all of the defendants and causes of action Plaintiff wishes to assert, the Court cannot make an intelligent decision on those motions.

Date:

cc: Plaintiff, *pro se*
 Defendants
4412.008